# In re Leonard J. SUCHANEK, Petitioner.

### No. 15–BS–63.

District of Columbia Court of Appeals.

Filed Jan. 29, 2015.

BEFORE: GLICKMAN and BLACKBURNE–RIGSBY, Associate Judges; and RUIZ, Senior Judge.

## ORDER

PER CURIAM

Upon consideration of the petition of the Board on Professional Responsibility pursuant to D.C. Bar R. XI, § 13(c), based on petitioner's consent motion to suspend license on account of disability, it is hereby

ORDERED that petitioner is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, until further order of the Court pursuant to D.C. Bar R. XI, § 13(c). Petitioner's reinstatement to the District of

Columbia Bar shall be in accordance with the provisions of D.C. Bar R. XI, § 13(g); and it is

FURTHER ORDERED that petitioner's attention is drawn to the requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys.